**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: JAMES SAMUEL,<br><br>             Debtor(s). | Case No. 16-17812SR13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this _____ day of _____, 201_____, upon consideration of the Application for Compensation, it is

**ORDERED and DECREED** that counsel fees in the amount of **$5,000.00** are approved and the balance due to counsel in the amount of **$3,000.00** shall be disbursed in accordance with the Chapter 13 plan.

BY THE COURT

*Stephen Raslavich*
_____
HON. STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE

**Dated: June 20, 2017**

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

FREDERICK L. REIGLE, ESQ.
Chapter 13 Trustee
PO Box 4010
Reading, PA  19606
ecfmail@fredreiglech13.com

JAMES SAMUEL
Debtor(s)
81 Meer Drive
Upper Holland, PA  19053