United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17812-sr
James W. Samuel                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR           Page 1 of 1          Date Rcvd: Jun 20, 2017
                        Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.
db           +James W. Samuel,    81 Meer Drive,    Upper Holland, PA 19053-1517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2017 at the address(es) listed below:
    DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
    FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
    FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
     ecf_frpa@trustee13.com
    MICHAEL A. CATALDO2    on behalf of Debtor James W. Samuel ecf@ccpclaw.com,
     igotnotices@ccpclaw.com
    MICHAEL A. CIBIK2    on behalf of Debtor James W. Samuel ecf@ccpclaw.com,   igotnotices@ccpclaw.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                               TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: JAMES SAMUEL,<br><br>                Debtor(s). | Case No. 16-17812SR13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this _____ day of _____, 201_____, upon consideration of the Application for Compensation, it is

**ORDERED and DECREED** that counsel fees in the amount of **$5,000.00** are approved and the balance due to counsel in the amount of **$3,000.00** shall be disbursed in accordance with the Chapter 13 plan.

BY THE COURT

**Dated: June 20, 2017**

_Stephen Raslavich_
_____
HON. STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

FREDERICK L. REIGLE, ESQ.
Chapter 13 Trustee
PO Box 4010
Reading, PA  19606
ecfmail@fredreiglech13.com

JAMES SAMUEL
Debtor(s)
81 Meer Drive
Upper Holland, PA  19053