| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-17812-AMC

JAMES W. SAMUEL
81 MEER DRIVE
UPPER HOLLAND  PA    19053

Petition Filed Date: 11/07/2016
341 Hearing Date: 02/17/2017
Confirmation Date: 06/07/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | $200.00 | 25131351802 | 02/20/2019 | $200.00 | 25131352397 | 03/19/2019 | $200.00 | 25131352825 |
| 04/16/2019 | $200.00 | 25131362275 | 05/21/2019 | $200.00 | 25131363175 | 06/18/2019 | $200.00 | 25131363478 |
| 07/16/2019 | $200.00 | 25131365098 | 08/19/2019 | $200.00 | 25131350564 | 09/13/2019 | $200.00 | 25131366718 |
| 10/16/2019 | $200.00 | 25131366944 | 11/20/2019 | $200.00 | 25131369036 | 12/18/2019 | $200.00 | 25131367506 |
| 01/15/2020 | $200.00 | 25131373424 | 02/18/2020 | $200.00 | 25131374201 | 03/13/2020 | $200.00 | 21790297451 |
| 04/22/2020 | $200.00 | | 05/19/2020 | $200.00 | | 06/16/2020 | $200.00 | |
| 07/17/2020 | $200.00 | | | | | | | |

**Total Receipts for the Period: $3,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 6 | AMERICAN EXP CENTURION BANK<br>»» 006 | Unsecured Creditors | $25,004.00 | $1,394.83 | $23,609.17 |
| 12 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 012 | Unsecured Creditors | $148.36 | $0.00 | $148.36 |
| 3 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»» 003 | Unsecured Creditors | $1,055.35 | $47.49 | $1,007.86 |
| 4 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»» 004 | Unsecured Creditors | $2,613.76 | $140.20 | $2,473.56 |
| 5 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»» 005 | Unsecured Creditors | $2,142.85 | $114.95 | $2,027.90 |
| 8 | CAVALRY INVESTMENTS LLC<br>»» 008 | Unsecured Creditors | $1,823.28 | $97.81 | $1,725.47 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $5,132.59 | $275.28 | $4,857.31 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $9,564.40 | $533.55 | $9,030.85 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $4,933.70 | $264.65 | $4,669.05 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $5,289.70 | $283.71 | $5,005.99 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $1,674.75 | $89.84 | $1,584.91 |
| 16 | NATIONSTAR MORTGAGE LLC<br>»» 016 | Mortgage Arrears | $360.38 | $360.38 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $635.11 | $31.19 | $603.92 |

**Chapter 13 Case No. 16-17812-AMC**

| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $4,317.06 | $231.56 | $4,085.50 |
|---|---|---|---|---|---|
| 13 | TD BANK NA<br>»» 013 | Unsecured Creditors | $19,420.15 | $1,083.36 | $18,336.79 |
| 2 | CIBIK & CATALDO PC<br>»» 002 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,000.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $7,948.80 | Arrearages: | $0.00 |
| Paid to Trustee: | $787.40 | Total Plan Base: | $12,000.00 |
| Funds on Hand: | $263.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.