Certificate Number: 16339-PAE-DE-035426328

Bankruptcy Case Number: 16-17812



16339-PAE-DE-035426328

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 4, 2021, at 6:56 o'clock PM EST, James Samuel completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 4, 2021

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor