| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 16-17812-AMC**

JAMES W. SAMUEL  
81 MEER DRIVE  
UPPER HOLLAND  PA    19053

Petition Filed Date: 11/07/2016  
341 Hearing Date: 02/17/2017  
Confirmation Date: 06/07/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2020 | $200.00 | 25131373424 | 02/18/2020 | $200.00 | 25131374201 | 03/13/2020 | $200.00 | 21790297451 |
| 04/22/2020 | $200.00 | | 05/19/2020 | $200.00 | | 06/16/2020 | $200.00 | |
| 07/17/2020 | $200.00 | | 08/19/2020 | $200.00 | | 09/17/2020 | $200.00 | |
| 10/22/2020 | $200.00 | | 11/23/2020 | $200.00 | | 12/21/2020 | $200.00 | |
| 01/19/2021 | $200.00 | | 02/23/2021 | $200.00 | | 03/24/2021 | $200.00 | |
| 04/22/2021 | $200.00 | | 05/27/2021 | $200.00 | | | | |

**Total Receipts for the Period: $3,400.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICAN EXP CENTURION BANK »» 006 | Unsecured Creditors | $25,004.00 | $1,944.71 | $23,059.29 |
| 12 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 012 | Unsecured Creditors | $148.36 | $0.00 | $148.36 |
| 3 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 003 | Unsecured Creditors | $1,055.35 | $82.11 | $973.24 |
| 4 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 004 | Unsecured Creditors | $2,613.76 | $191.68 | $2,422.08 |
| 5 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 005 | Unsecured Creditors | $2,142.85 | $152.40 | $1,990.45 |
| 8 | CAVALRY INVESTMENTS LLC »» 008 | Unsecured Creditors | $1,823.28 | $129.69 | $1,693.59 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $5,132.59 | $399.20 | $4,733.39 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $9,564.40 | $743.89 | $8,820.51 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $4,933.70 | $383.76 | $4,549.94 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 010 | Unsecured Creditors | $5,289.70 | $411.42 | $4,878.28 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 011 | Unsecured Creditors | $1,674.75 | $130.28 | $1,544.47 |
| 16 | NATIONSTAR MORTGAGE LLC »» 016 | Mortgage Arrears | $360.38 | $360.38 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $635.11 | $46.44 | $588.67 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $4,317.06 | $335.79 | $3,981.27 |

**Chapter 13 Case No. 16-17812-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | TD BANK NA<br>»» 013 | Unsecured Creditors | $19,420.15 | $1,510.45 | $17,909.70 |
| 2 | CIBIK & CATALDO PC<br>»» 002 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $11,000.00 | | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $9,822.20 | | Arrearages: | $0.00 |
| Paid to Trustee: | $945.40 | | Total Plan Base: | $12,000.00 |
| Funds on Hand: | $232.40 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.