United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-17812-amc |
| James W. Samuel | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 22, 2021 | Form ID: 138OBJ | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James W. Samuel, 81 Meer Drive, Upper Holland, PA 19053-1517 |
| 13834208 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13822745 | + | American Express Legal, Jordon Felxer, Esq., 435 Devon Park Drive, Wayne, PA 19087-1935 |
| 13822746 | + | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 13822747 | + | Bank Of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 13822748 | + | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899-8801 |
| 13834880 | + | Denise Carlon Esquire, c/o Nationstar Mortage LLC, 701 Market Street Ste 5000, Philadelphia Pa 19106-1541 |
| 13822756 | + | Diner's Club Professional, PO Box 6012, Carol Stream, IL 60197-6012 |
| 13822758 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13822759 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13920655 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy Dept., P.O. Box 619096, Dallas, TX 75261-9741 |
| 13822761 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13822762 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13822764 | + | Prosper Marketplace Inc, PO Box 396081, San Francisco, CA 94139-6081 |
| 13909297 | + | TD Bank, N.A., c/o Martin A. Mooney, Esquire, 950 New Loudon Road, Suite 109, Latham, NY 12110-2190 |
| 13822770 | + | The Bureaus Inc, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 22 2021 23:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2021 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 22 2021 23:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13899904 | | Email/PDF: ebn_ais@aisinfo.com | Nov 22 2021 23:55:41 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13822748 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 22 2021 23:41:00 | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899-8801 |
| 13830462 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 22 2021 23:55:29 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13822754 | | Email/Text: megan.harper@phila.gov | Nov 22 2021 23:41:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, |

Case 16-17812-amc   Doc 39   Filed 11/24/21   Entered 11/25/21 00:37:18   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2021 | Form ID: 138OBJ | Total Noticed: 43 |

| Recip ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 13822755 | Email/Text: megan.harper@phila.gov | Nov 22 2021 23:41:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 13822749 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2021 23:55:55 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13863791 | + Email/Text: bankruptcy@cavps.com | Nov 22 2021 23:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13822751 | + Email/Text: ecf@ccpclaw.com | Nov 22 2021 23:41:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13822753 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2021 23:55:41 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, PO Box 790040, St Louis, MO 63179-0040 |
| 13824296 | Email/Text: mrdiscen@discover.com | Nov 22 2021 23:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13822757 | + Email/Text: mrdiscen@discover.com | Nov 22 2021 23:41:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 13822760 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 22 2021 23:41:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13822750 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 22 2021 23:55:41 | Chase Card Services, Attn: Correspondence Dept, PO Box 15298, Wilmingotn, DE 19850 |
| 13972664 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2021 23:55:31 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13855214 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2021 23:55:30 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13899756 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 22 2021 23:41:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13822763 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2021 23:55:41 | Portfolio Recovery, PO box 41067, Norfolk, VA 23541 |
| 13882546 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2021 23:55:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13919048 | + Email/Text: bncmail@w-legal.com | Nov 22 2021 23:41:00 | Prosper Marketplace Inc., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 13822765 | + Email/PDF: gecsedi@recoverycorp.com | Nov 22 2021 23:55:54 | Syncb/hdceap, PO Box 965064, Orlando, FL 32896-5064 |
| 13822766 | + Email/PDF: gecsedi@recoverycorp.com | Nov 22 2021 23:55:28 | Synchrony Bank/Amazon, PO Box 965064, Orlando, FL 32896-5064 |
| 13822767 | + Email/PDF: gecsedi@recoverycorp.com | Nov 22 2021 23:55:54 | Synchrony Bank/Gap, PO Box 965064, Orlando, FL 32896-5064 |
| 13822768 | + Email/PDF: gecsedi@recoverycorp.com | Nov 22 2021 23:55:54 | Synchrony Bank/Lowes, PO Box 965064, Orlando, FL 32896-5064 |
| 13822769 | Email/Text: bankruptcy@td.com | Nov 22 2021 23:41:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 13822771 | Email/Text: DASPUBREC@transunion.com | Nov 22 2021 23:41:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 28

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2021 | Form ID: 138OBJ | Total Noticed: 43 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13822752 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13822744 | ##+ | American Express Legal, Jordon Felxer, Esq., PO Box 2163, Southeastern, PA 19399-2163 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com  bkecf@milsteadlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor James W. Samuel mail@cibiklaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: James W. Samuel
    Debtor(s)

Case No: 16−17812−amc
Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/22/21

37 − 36
Form 138OBJ